40,953-03;-04

COURT OF CRIMINAL APPEALS
P.O BOX 12308 Capitol Station
Austin, TX 78711

MOTION DISMISSED
DATE: 1/20/15
BY: P.C.

RE: WR-40,953-03  TRIAL CT  07-03-12326-A
WR-40,953-04  TRIAL CT  68-02-12777-A

STYLED    RICKY STROBLE pro.se  V  STATE OF TEXAS

DATE JAN 10TH 2015

DEAR CLERK OF COURT(S)

Enclosed is (2) motion for STAY And Abeyance Proceedings as well as carbon copies that I ask you to time date stamp and file and please return the carbon copies for my records in the Self address stamped envegole for your convince.

I would like to thank you in advance for without you the agreed remains the unanswered

I remain your humble servant,

Respectfully

RICKY STROBLE  1594772 pro.se

French Robertson
12071 FM 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

CAUSE NO WR 40-953-03

RICKY STROBLE § TEXAS COURT
prose OF

§ CRIMINAL APPEALS

Vs

THE STATE OF TEXAS § Austin, Texas


MOTION TO STAY AND Abeyance Proceedings

Comes Now Ricky Stroble Appellant prose and respectfully request the Honorable Court(s) to STAY and Abeyance the proceedings in this action to Allow Appellant to Seek appointment of counsel in the trial court pursuant to the desisions of the Supreme Court in Martinez V Ryan 132 S.ct 1908 (2012) and Trevino V Thaler 133 S.CT 1911 (2013) for the purpose of seeking meaningful review of my substanial claims of ineffective assistance of trial and APPELLATE COUNSEL as discussed in Martinez and Trevino supra. In Support of this motion Appellant would respectfully show the following:

I.

It has come to Appellants attention that I may seek the Appointment of Counsel by the trial Court to respresent me in seeking "MEANINGFUL" review of my claim of ineffective assistance of trial and Appellate Counsel, pursuant to [Martinez and Trevino]

(1)

## II.

RECENT decisions by the United States Supreme Court indicate that the INTESTS OF JUSTICE warrent the appointment of counsel in these cases by the District Court for the purpose of representing the defendant in "MEANINGFULLY SEEKING COLLATERAL REVIEW" and adjudication on the merits of my substantial claim of INEFFECTIVE ASSISTANCE OF TRIAL counsel.

## III

Appellants Habeas Corpus has been before the Honorable Courts since the 25th day of Jan 2012 WITH NO ORAL BRIEFS requested by either Party(s) Appellant is NOW seeking Appointment of Counsel by trial court to provide Newly discovered evidence as well as prior evidence of ineffective assistance of counsel.

## CONCLUSION

FOR the foregoing reason(s) the court should allow this motion for Stay and Abeyance for the specific purpose of allowing the trial court to grant motion and appoint counsel to ensure meaningful Appellate review of Claims on the merits.

## PRAYER

Wherefore Premises considered Appellant respectfully prays the Honorable Judge(s) to grant this motion and order the relief requested.

Respectfully Submitted

Ricky Stroble 1594772 pro·se

Roberto Unt
12071 Fm3522
Abilene, TX 79601

(2)

# UNSWORN DECLARTION

I RICKY STROBLE pro-se TDCJ-ID # 1594772 being presently incarcerted at the French M Robertson Unt located in Jones County Texas, do hereby verify under penalty of perjury that the foregoing is true and correct as well as offered IN GOOD FAITH.

Excuted on the 10ᵗʰ day of Jan 2015

RICKY STROBLE 1594772
pro-se

French M Robertson Unit
12071 FM 3522
Abilene, TX 79601

(3)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

RICKY STROBLE pro-se          §          TEXAS COURT
                                                              OF

Vs                                          §          CRIMINAL APPEALS

THE STATE OF TEXAS          §          Austin, Texas


MOTION TO STAY AND ABEYANCE PROCEEDINGS

COMES NOW RICKY STROBLE Applicate pro-se and respectfully request the Honorable Court to stay and Abeyance the proceedings in this Action to allow Applette to seek appointment of counsel in the trial Court pursuant to the desisions of the Supreme Court in Martinez V. Ryan 132 S.CT 1908 (2012) and Trevino V Thaler 133 S.CT 1911 (2013) for the purpose of seeking meaniful review of My substanial claims of INEFFECTIVE ASSISTANCE OF TRIAL AND APPELLATE counsel, as discussed in Martinez and Trevino, supra. IN Support of this motion Applant would respectfully show the following:

I.

It has come to Appellat attention that I may seek the Appointment of counsel by the trial Court to represent him in seeking "MEANINGFUL" review of My claims of ineffective assistance of trial and appellate counsel, pursanat to [martiney ad Trevino]

(1)

## II.

Recent decisions by the United States Supreme Court indicate that the INTERESTS OF JUSTICE warrant the appointment of counsel in this case by the District Court for the purpose of representing the defendant in "MEANINGFULLY SEEKING COLLATERAL REVIEW" and adjudication on the merits of my substantial claim of INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL.

## III

Appellates Habeas Corpus has been before the courts since Jan 25th 2012 WITH NO ORAL BRIEFS requested by either party(s). Appellant is now seeking Appointment of counsel by trial court to provide Newly discovered evidence as well as prior evidence of ineffective Assistance of Counsel.

## CONCLUSION

For the Foregoing reason(s), the COURT should allow this STAY and Abeyance for the specific purpose of Allowing the trial court to grant motion and appoint counsel to ensure meaningful Appellate review of Claims on the merits.

## PRAYER

Wherefore Premises considered Appellant respectfully prays the Honorable Judge(s) to grant this motion and order the relief requested.

Respectfully Submitted

RICKY STROBLE 1594772 pro-se

Robertson Unit
12071 FM 3522
Abilene, TX 79601

(2)

# UNSWORN DECLARTION

I RICKY STROBIE pro-se TDCJ-ID #1594772 being presently incarcertald at the French M Robertson Unit located in Jones county TEXAS, do hereby verify under penalty of perjury that the Foregoing is true and correct as well as offered in GOOD FAITH.

Excuted on the 10th day of Jan 2015

Ricky Stroble 1594772
Appelat pro-se

French M Robertson Unit
12071 FM 3522
Abilene, TX 79601

(3)